**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Tel:   (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com

*Attorney for Defendant*
Episource, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAUL LEWOW, individually and on behalf of all others similarly situated, | Case No. _____ |
| Plaintiff, | **DEFENDANT EPISOURCE LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |
| v. | |
| EPISOURCE, LLC.; and DOES 1 through 50; | |
| Defendant. | (Los Angeles County Superior Court Case No. 25STCV17940) |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Defendant Episource, LLC certifies that the following parties or entities may have a pecuniary interest in the outcome of this litigation.

1. Episource LLC.
2. OptumInsight, Inc.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Episource LLC identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation as follows:

1. Episource LLC, a limited liability company
2. OptumInsight, Inc., a Delaware corporation, the sole member and 100% owner of Episource LLC
3. None.

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

DEFENDANT EPISOURCE LLC'S
NOTICE OF INTERESTED PARTIES AND CORP. DISCL. STATEMENT

1

2    Dated:    July 17, 2025                    **HOGAN LOVELLS US LLP**

3

4                                        By: /s/ *Vassi Iliadis*

5                                            HOGAN LOVELLS US LLP

6                                            Vassi Iliadis  (Bar No. 296382)
                                            1999 Avenue of the Stars, Ste. 1400
7                                            Los Angeles, CA 90067
                                            Telephone:    (310) 785-4771
8                                            vassi.iliadis@hoganlovells.com

9
                                            *Attorney for Defendant*
10                                           Episource LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EPISOURCE LLC'S
NOTICE OF INTERESTED PARTIES AND CORP. DISCL. STATEMENT